HUNTER PYLE, SBN 191125
CHAD SAUNDERS, SBN 257810
HUNTER PYLE LAW
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com
csaunders@hunterpylelaw.com

*Attorneys for Plaintiffs*
JASON BARTON, CALVIN BRAGG, CHARLES NOLAN, JOSEPH NOLAN, and JON COLE WINN

KEVIN D. REESE, CA Bar No. 172992
kevin.reese@ogletree.com
MICHAEL D. THOMAS, CA Bar No. 226129
Michael.Thomas@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300 One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

*Attorneys for Defendants*
QUALITY TERMINAL SERVICES, LLC, OMNITRAX, INC. and BROE MANAGEMENT COMPANY, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JASON BARTON, CALVIN BRAGG, CHARLES NOLAN, JOSEPH NOLAN, and JON COLE WINN,<br><br>Plaintiffs,<br><br>v.<br><br>QUALITY TERMINAL SERVICES, LLC, a Colorado Limited Liability Company; OMNITRAX, INC., a Colorado corporation, and BROE MANAGEMENT COMPANY, LLC, a Colorado Limited Liability Company,<br><br>Defendants. | CASE NO. 4:18-cv-01289-KAW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS** |

By and through their undersigned counsel of record, Plaintiffs Jason Barton, Calvin Bragg, Charles Nolan, Joseph Nolan, and Jon Cole Winn ("Plaintiffs") and Quality Terminal Services, LLC, Omnitrax, Inc. and Broe Management Company, LLC (collectively "Defendants" and together with Plaintiffs "the Parties") hereby jointly stipulate and agree as follows:

WHEREAS, the Court held a Case Management Conference on July 17, 2018;

WHEREAS, the Court set a deadline of August 31, 2018, for the Parties to seek leave to amend the pleadings (Dkt. 29);

WHEREAS, the Parties are scheduled to attend mediation on September 21, 2018;

WHEREAS, Plaintiffs intend to seek leave to amend the complaint to add a plaintiff and related allegations;

WHEREAS, Plaintiffs agree to provide a written agreement no later than September 7, 2018, stating the unnamed plaintiff's agreement to participate in the mediation and to join this action as a plaintiff;

WHEREAS, the Parties have agreed that the unnamed plaintiffs may participate in the mediation prior to amending the complaint to add them as parties;

WHEREAS, Defendants may amend the pleadings by filing a counterclaim; and

WHEREAS, the Parties met and conferred through counsel and agreed that the deadline to seek leave to amend the pleadings should be extended until October 23, 2018, which is also the date of the next Case Management Conference.

THEREFORE, IT IS STIPULATED AND AGREED THAT the deadline for the Parties to seek leave to amend the pleadings should be extended to October 23, 2018.

Nothing in this Stipulation shall be construed as a waiver of any of Plaintiffs' or Defendants' rights, defenses, or arguments they would otherwise have.

Dated: August 31, 2018

KEVIN D. REESE
MICHAEL D. THOMAS
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Michael D. Thomas*
Attorneys for Defendants

Dated: August 31, 2018

                                  HUNTER PYLE
                                  CHAD SAUNDERS
                                  HUNTER PYLE LAW

                                  By:  */s/ Chad Saunders*
                                  Attorneys for Plaintiffs

\*\*\*

I hereby attest that pursuant to Civil L.R. 5-1 (i)(3), I have received concurrence in the filing of this document from each of the other Signatories.

                                  */s/ Chad Saunders*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/31/18                                  *Kandis Westmore*
                                          Hon. Kandis A. Westmore
                                          United States Magistrate Judge